STATE Of Missouri, Respondent,

v.

**Michael Henry HUDSON, Appellant.**

**No. WD 75351.**

Missouri Court of Appeals, Western District.

Jan. 28, 2014.

Robert J. Bartholomew, Jr., Jefferson City, MO, for respondent.

S. Kate Webber, Kansas City, MO, for appellant.

Before Division One: CYNTHIA L. MARTIN, Presiding Judge, MARK D. PFEIFFER, Judge and KAREN KING MITCHELL, Judge.

## ORDER

PER CURIAM:

Michael Hudson appeals his convictions of assault in the first degree and armed criminal action following a jury trial. Hudson argues that the State's evidence was insufficient to prove beyond a reasonable doubt that he was the person who shot the victim. Hudson also argues that he was prejudiced by the State's closing argument asking jurors to place themselves in the shoes of the victim. Finding no error, we affirm. Rule 30.25(b).